**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
ZIGGY ROBESON, CHRISTOPHER BRECK, CHUE LOR, TARAS CHERNYY, ANTHONY RUIZ AND EMILY KELLY

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GUTIERREZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Former Twin Rivers Police Department Chief CHRISTOPHER BRECK; et al., <br><br> Defendants. | NO. 2:12-CV-02358-JAM/CKD <br><br> **STIPULATED REQUEST FOR EARLY SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE KENDALL J. NEWMAN AND ORDER** <br><br><br> Complaint filed: September 13, 2012 |

The parties, by and through their counsel of record, make this stipulated request that an early settlement conference be held in this case before the Hon. Kendall J. Newman. Judge Newman's chambers have been contacted, and his staff confirmed the Judge is willing to serve in this capacity. The parties were told to file this stipulated request with potential dates for the settlement conference.

The parties and their counsel are available on December 18, 2012, and all agree that date would be their first choice if Judge Newman is also available on that date. In the alternative, the parties and their counsel are available on January 7, 2013. If the Court schedules the settlement conference for December 18, 2012, the parties request that they have until December 13, 2012, to submit their settlement conference statements. If the Court schedules the settlement conference for

{01085778.DOCX}                                    1

January 7, 2013 the parties request that they have until December 31, 2012 to file their settlement conference statements.

| | |
|---|---|
| Dated: December 11, 2012 | PORTER SCOTT<br>A PROFESSIONAL CORPORATION<br><br>By ___/s/Nancy J. Sheehan_____<br>    Nancy J. Sheehan<br>    Attorneys for Defendants<br>    ZIGGY ROBESON, CHRISTOPHER<br>    BRECK, CHUE LOR, TARAS CHERNYY,<br>    ANTHONY RUIZ, and EMILY KELLY |
| Dated:  December 11, 2012 | ANWYL, SCOFFIELD & STEPP, LLP<br><br>By__/s/James T. Anwyl  [authorized 12/10/12]_____<br>    James T. Anwyl<br>    Attorneys for Defendants<br>    ZIGGY ROBESON, CHRISTOPHER<br>    BRECK, CHUE LOR, TARAS CHERNYY,<br>    ANTHONY RUIZ, EMILY KELLY, and<br>    FRANK PORTER |
| Dated:  December 11, 2012 | MASTAGNI, HOLSTEDT, AMICK, MILLER &<br>JOHNSEN, APC<br><br>By_____/s/William M. Briggs  [authorized 12/10/12]__<br>    William M. Briggs<br>    Attorneys for Defendant<br>    BRANCHE SMITH |
| Dated:  December 11, 2012 | LAW OFFICE OF STEWART KATZ<br><br>By___/s/ Stewart Katz [authorized 12/10/12]_____<br>    Stewart Katz<br>    Attorney for Plaintiffs |

{01085778.DOCX}                                        2

**STIPULATED REQUEST FOR EARLY SETTLEMENT CONFERENCE**

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Good cause having been shown, this matter is scheduled for an early settlement conference before the Hon. Kendall J. Newman on December 18, 2012, at 9:00 a.m., in Courtroom 25. The parties are directed to exchange non-confidential settlement conference statements no later than December 13, 2012. These statements shall be simultaneously delivered to the Court using the following email address: kjnorders@caed.uscourts.gov. If a party desires to share additional confidential information with the Court, it may do so pursuant to the provisions of Local Rule 270(d) and (e).

Dated: 12/11/2012

/s/ John A. Mendez_____
United States District Judge John A. Mendez

**Date: 12/11/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE