**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
ZIGGY ROBESON, CHRISTOPHER BRECK, CHUE LOR, TARAS CHERNYY, ANTHONY RUIZ AND EMILY KELLY

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GUTIERREZ, et al., | NO. 2:12-CV-02358-JAM/CKD |
| Plaintiffs, | **SUPPLEMENTAL STIPULATION REGARDING EARLY SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE KENDALL J. NEWMAN AND ORDER** |
| v. | |
| Former Twin Rivers Police Department Chief CHRISTOPHER BRECK; et al., | Date: December 18, 2012<br>Time: 9:00 a.m.<br>Courtroom: 25 |
| Defendants. | Complaint filed: September 13, 2012 |

Having received the Court's order setting this matter for a settlement conference on December 18, 2012 and requiring the parties to exchange non-confidential settlement conference statements, the parties respectfully request that they each be permitted to submit a confidential (non-exchanged) settlement conference statement only. In light of the subject matter of this case and its early stage, the parties believe it will be more productive to proceed in this manner.

/ / /

/ / /

/ / /

{01086485.DOCX}     1
**SUPPLEMENTAL STIPULATION REGARDING EARLY SETTLEMENT CONFERENCE**

| | | |
|---|---|---|
| 1 | Dated: December 12, 2012 | PORTER SCOTT |
| 2 | | A PROFESSIONAL CORPORATION |

By  /s/Nancy J. Sheehan
    Nancy J. Sheehan
    Attorneys for Defendants
    ZIGGY ROBESON, CHRISTOPHER BRECK, CHUE LOR, TARAS CHERNYY, ANTHONY RUIZ, and EMILY KELLY

Dated:  December 12, 2012        ANWYL, SCOFFIELD & STEPP, LLP

By    /s/James T. Anwyl [authorized 12/12/12]
      James T. Anwyl
      Attorneys for Defendants
      ZIGGY ROBESON, CHRISTOPHER BRECK, CHUE LOR, TARAS CHERNYY, ANTHONY RUIZ, EMILY KELLY, and FRANK PORTER

Dated:  December 12, 2012        MASTAGNI, HOLSTEDT, AMICK, MILLER & JOHNSEN, APC

By    /s/William M. Briggs [authorized12/12/12]
      William M. Briggs
      Attorneys for Defendant
      BRANCHE SMITH

Dated:  December 12, 2012        LAW OFFICE OF STEWART KATZ

By    /s/Stewart Katz [authorized12/11/12]
      Stewart Katz
      Attorney for Plaintiffs

{01086485.DOCX}                       2

**SUPPLEMENTAL STIPULATION REGARDING EARLY SETTLEMENT CONFERENCE**

**ORDER**

Good cause having been shown, the parties shall submit confidential (non-exchanged) settlement conference statements no later than December 13, 2012, pursuant to the provisions of Local Rule 270 (d) and (e).

Dated: 12/12/2012

/s/ John A. Mendez
John A. Mendez
United States District Court Judge

{01086485.DOCX}                                    3
**SUPPLEMENTAL STIPULATION REGARDING EARLY SETTLEMENT CONFERENCE**