| | |
|---|---|
| 1 | JAMES T. ANWYL, SBN 78715   jtanwyl@anwylaw.com |
|   | LYNN A. GARCIA, SBN 131196   lag@anwylaw.com |
| 2 | ANWYL, SCOFIELD & STEPP, LLP |
|   | Post Office Box 269127 |
| 3 | Sacramento, CA 95826-9127 |
|   | Telephone:  (916) 565-1800 |
| 4 | Facsimile:  (916) 565-2374 |

Attorneys for Defendants ZIGGY ROBESON, CHRISTOPHER BRECK, CHUE LOR, TARAS CHERNYY, ANTHONY RUIZ, EMILY KELLY and FRANK PORTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GUTIERREZ, ANDREW LATSHAW, DEMONTE KELLY, JOVON KELLY, AUSTIN WESTALL and WENDY SEGARRA, | Civil Action No. 2:12-CV-02358-JAM-CKD |
| | **STIPULATION REQUESTING CONTINUANCE OF RULE 12 MOTIONS AND ORDER** |
| Plaintiffs, | |
| vs. | Date:        January 9, 2013 |
| | Time:       9:30 a.m. |
| Former Twin Rivers Police Department Chief CHRISTOPHER BRECK; et al., | Courtroom  6 |
| | **The Honorable John A. Mendez** |
| Defendants. | [Fee exempt pursuant to Government Code § 6103] |

Plaintiffs and defendants Ziggy Robeson, Christopher Breck, Chue Lor, Taras Chernyy, Anthony Ruiz, Emily Kelly and Frank Porter, by and through their attorneys, have stipulated to, and hereby request the Court for a continuance of these defendants' four Motions to Dismiss from January 9, 2013, at 9:30 a.m., to the Court's next available date of **February 20, 2013, at 9:30 a.m.**

Respectfully submitted,

DATED:  December 13, 2012     /s/ STEWART KATZ
STEWART KATZ  (authorized 12/13/12)
LAW OFFICE OF STEWART KATZ
stewartkatzlaw@gmail.com
555 University Ave., Suite 270
Sacramento, CA  95825
(916) 444-5678
**Attorney for Plaintiffs**

1

| | | |
|---|---|---|
| 1 | DATED:  December 13, 2012 | /s/ LYNN A. GARCIA |
| 2 | | LYNN A. GARCIA  lag@anwylaw.com<br>Anwyl, Scoffield & Stepp, LLP |
| 3 | | Post Office Box 269127<br>Sacramento, CA 95826-9127 |
| 4 | | (916) 565-1800<br>**Attorney for Defendants Ziggy Robeson,** |
| | | **Christopher Breck, Chue Lor, Taras Chernyy,** |
| 5 | | **Anthony Ruiz, Emily Kelly and Frank Porter** |

7   IT IS SO ORDERED:

9   DATED:  December 13,  2012        /s/ John A. Mendez
                                      THE HONORABLE JOHN A. MENDEZ
10                                    UNITED STATES DISTRICT COURT JUDGE