**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendants
ZIGGY ROBESON, CHRISTOPHER BRECK, CHUE LOR, TARAS CHERNYY, ANTHONY RUIZ and EMILY KELLY

**MASTAGNI, HOLSTEDT, AMICK, MILLER & JOHNSON**
A PROFESSIONAL CORPORATION
David P. Mastagni, SBN 57721
Judith Odbert, SBN 13126
William Briggs, SBN 46236
1912 I Street
Sacramento, CA 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
Attorneys for Defendant BRANCHE SMITH

**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, SBN 127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678
Facsimile: (916) 444-3364
Attorneys for Plaintiffs
ANDRES GUTIERREZ, ANDREW LATSHAW, DEMONTE KELLY, JOVON KELLY, AUSTIN WESTALL, and WENDY SEGARRA

**ANWYL, SCOFFIELD & STEPP, LLP**
James T. Anwyl, SBN 78715
Lynn A. Garcia, SBN 131196
Post Office Box 269127
Sacramento, CA 95826-9127
Telephone: (916) 565-1800
Attorneys for Defendants
ZIGGY ROBESON, CHRISTOPHER BRECK, CHUE LOR, TARAS CHERNYY, ANTHONY RUIZ, EMILY KELLY, and FRANK PORTER

/ / /

/ / /

/ / /

{01095109.DOCX}                                          1
**STIPULATION OF DISMISSAL; [PROPOSED] ORDER**

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GUTIERREZ, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>Former Twin Rivers Police Department Chief CHRISTOPHER BRECK; et al.,<br><br>  Defendants. | NO. 2:12-CV-02358-JAM/CKD<br><br>**STIPULATION OF DISMISSAL; ORDER**<br><br><br><br>Complaint filed: September 13, 2012 |

IT IS NOW HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants, by and through their undersigned counsel of record, that this action be dismissed, with prejudice, with each side to bear their own attorney's fees and costs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

Dated: January 18, 2013          PORTER SCOTT
                                 A PROFESSIONAL CORPORATION


                                 By   /s/ Nancy J. Sheehan
                                      Nancy J. Sheehan
                                      Attorney for Defendants ZIGGY ROBESON,
                                      CHRISTOPHER BRECK, CHUE LOR,
                                      TARAS CHERNYY, ANTHONY RUIZ and
                                      EMILY KELLY

Dated: January 18, 2013          ANWYL, SCOFFIELD & STEPP, LLP


                                 By   /s/ James T. Anwyl (authorized on 1-18-13)
                                      James T. Anwyl
                                      Lynn A. Garcia
                                      Attorney for Defendants ZIGGY ROBESON,
                                      CHRISTOPHER BRECK, CHUE LOR,
                                      TARAS CHERNYY, ANTHONY RUIZ
                                      EMILY KELLY, and FRANK PORTER

{01095109.DOCX}                                2
**STIPULATION OF DISMISSAL; [PROPOSED] ORDER**

Dated: January 18, 2013                MASTAGNI, HOLSTEDT, AMICK, MILLER &
                                        JOHNSEN, APC


                                        By ___/s/ William M. Briggs (authorized on 1-18-13)_
                                            William M. Briggs
                                            Attorneys for Defendant
                                            BRANCHE SMITH


Dated: January 18, 2013                LAW OFFICE OF STEWART KATZ


                                        By ___/s/ Stewart Katz (authorized on 1-15-13)___
                                            Stewart Katz
                                            Attorney for Plaintiffs


**IT IS SO ORDERED.**

Dated: 1/22/2013            /s/ John A. Mendez_____
                            THE HONORABLE JOHN A. MENDEZ
                            UNITED STATES DISTRICT COURT JUDGE