1  ALIN D. CINTEAN (SBN240160)
   400 Capitol Mall Ste. 2530
2  Sacramento, CA 95814
   Phone (916)441-3500
3  Alin@SacramentoDefenseAttorney.com

4  Attorney for
   Austin Westall

**FILED**

SEP 10 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CASE NO.: 2:12-CV-02358-JAM-CKD

**ORDER GRANTING REQUEST TO RELEASE TRANSCRIPT**

GUTIERREZ ET AL

   PLAINTIFFS

V.

BRECK ET AL

   DEFENDANTS

THIS MATTER, having come before the undersigned Magistrate Judge Kendall J. Newman, and having considered the request and declaration of counsel,

NOW THEREFORE THE COURT FINDS THAT:

1. The declaration of Counsel consists of a declaration submitted by Alin D. Cintean ("Counsel's declaration");

2. Counsel's declaration consist of 2 pages;

PROPOSED ORDER
PAGE | 1

IT IS HEREBY ORDERED THAT:

1. The transcript of the Settlement Conference on December 18, 2012 in the above titled case, be released to counsel Alin D. Cintean, attorney for plaintiff Austin Westall.

Dated: ~~August 28, 2015~~ 9-10-2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

PROPOSED ORDER
PAGE | 2